IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>GREGORY NEEMANN,<br><br>              Defendant. | 8:20CR191<br><br>ORDER |

      This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Gregory Neemann. (Filing No. 39). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 39) is granted.

      John S. Berry, Jr., 6940 O Street, Suite 400, Lincoln, NE 68510, (402) 466-8444, is appointed to represent Gregory Neemann for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide John S. Berry, Jr. with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Gregory Neemann's defense.

      The clerk shall provide a copy of this order to John S. Berry, Jr. and the defendant.

      Dated this 4th day of September, 2020.

                                                                         BY THE COURT:

                                                                        s/ Susan M. Bazis<br>                                                                        United States Magistrate Judge