IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>GREGORY NEEMANN and MICHAEL ALLISON,<br><br>               Defendants. | 8:20CR191<br><br>**ORDER** |

This matter is before the Court upon the United States of America's Motion to Dismiss from the Superseding Indictment subsections (a) and (b) of paragraph 2 of the Forfeiture Allegation. (Filing No. 127). The Court reviews the record in this case and being duly advised in the premises, finds the Motion should be granted.

IT IS THEREFORE ORDERED as follows:

1. The Motion to Dismiss (a) $54,200.00 and (b) $6,185.00 in United States currency of the Forfeiture Allegation of the Superseding Indictment is hereby granted.

2. Subsections (a) and (b) of paragraph 2 of the Forfeiture Allegation as set forth in the Superseding Indictment are hereby dismissed.

3. All other provisions remain the same.

ORDERED this 23rd day of November, 2021.

BY THE COURT:

  s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Court Judge
District of Nebraska