IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>vs.<br><br>GREGORY NEEMANN and MICHAEL ALLISON,<br>                Defendants. | 8:20CR191<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture (Filing No. 140). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

On December 10, 2021, the Court held a change of plea hearing and defendant Neemann entered into a plea of guilty to Counts One and Two of the Superseding Indictment and agreed to the forfeiture of $2,363 U.S. currency in the Forfeiture Allegation. (Filing No. 133).

On December 16, 2021, defendant Allison entered into a plea agreement, pleading guilty to Count One of the Superseding Indictment and agreeing to the forfeiture of $2,363 U.S. currency in the Forfeiture Allegation. (Filing No. 139).

The Forfeiture Allegation of the Superseding Indictment alleged the $2,363 U.S. currency was derived from proceeds obtained (directly or indirectly) as a result of the violation and/or was used (or intended to be used) to commit or facilitate the violation.

As a result of these pleas, defendants' interests in the currency are forfeited to the United States.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    1. The Motion for Preliminary Order of Forfeiture (Filing No. 140) is hereby granted.

2. Defendants' interests in the currency are hereby forfeited to the United States. 21 U.S.C. § 853(n)(1).

3. The United States is hereby authorized to seize the currency.

4. The United States shall hold the currency in its secure custody and control.

5. Pursuant to 21 U.S.C. §853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property.

6. Pursuant to 21 U.S.C. § 853(n)(2), notice shall provide that any person, other than defendant, having or claiming a legal interest in the currency must file a petition with this Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

7. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the Property and any additional facts supporting the petitioner's claim and the relief sought.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture addressing all interests. 21 U.S.C.§ 853(n).

Ordered this 21st day of December, 2021.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge