IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiffs,

    vs.

GREGORY NEEMANN,

          Defendants.

**8:20CR191**

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's counsel's motion to withdraw, Filing No. 217, based on a potential conflict of interest. The Court finds such motion should be granted.

Accordingly, IT IS ORDERED:

1. Defendant's motion to withdraw, Filing No. 217, is granted. Attorney Ryan Crnkovich is withdrawn as attorney for Defendant and shall no longer receive electronic notice in this case.

2. The Federal Public Defender's Office is ordered to appoint new counsel as to Defendant Gregory Neemann. The Federal Public Defender shall provide the Court with a draft appointment order (CJA form 20) bearing the name and other identifying information of the CJA panel attorney identified in accordance with the Criminal Justice Act Plan for this district. Following the appointment, the parties shall confer regarding resetting the deadline for Defendant to provide additional documents in support of his § 2255 motion and Defendant's deadline to respond to the United States' Motion to Confirm Waiver of Attorney-Client

1

2

Privilege, Filing No. 212 . Thereafter, the parties shall inform the Court of the

new agreed-upon deadlines as to defendant Gregory Neemann.


Dated this 7th day of July, 2025.

<div style="margin-left:50%">

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

</div>