IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY NEEMANN,<br><br>Defendant. | **8:20CR191**<br><br><br>**ORDER** |

This matter is before the court on the defendant's motion to continue the evidentiary hearing set for May 21, 2026. Filing No. 229.

IT IS ORDERED that:

1. The motion to continue, Filing No. 229, the evidentiary hearing is granted.  The evidentiary hearing is continued to July 6, 2026 at 10:30 a.m. before the undersigned, in Courtroom No. 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Defendant will appear by videoconference using Zoom. At the time of the conference, defendant must be connected to the videoconference using the connection information below:

   https://ned-uscourts.zoomgov.com/j/1603762167?pwd=zol7mmnS1XmeifzyDFbkpk06IsOEnZ.1

Meeting ID: 160 376 2167
Password: 375436
IP/H.323: 161.199.138.10
SIP: 1603762167@sip.zoomgov.com

3. At the request of the defendant through his counsel, and with the agreement of the government, the defendant shall participate by Zoom for the hearing.

4. The Marshal is directed not to return the defendant to the district; and the defendant is held to have waived his right to be present.

Dated this 26th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge